## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| In Re: | Case No. 18-23141 |
| Glenn Allen Whitmore<br>Michele Lee Whitmore | Chapter 13 |
| Debtor(s). | Judge Kent Lindquist |

## NOTICE OF APPEARANCE

Now comes D. Anthony Sottile, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Indiana, and enters his appearance on behalf of Home Point Financial Corporation in the above captioned proceedings.

Respectfully Submitted,

/s/ D. Anthony Sottile
D. Anthony Sottile (27696-49)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on November 27, 2018, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

Kevin M. Schmidt, Debtors' Counsel
courtmail@kmslawoffice.net

Paul R. Chael, Trustee
aimee@pchae13.com

Office of the U.S. Trustee
ustpregion10.so.ecf@usdoj.gov

I further certify that on November 27, 2018, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Glenn Allen Whitmore, Debtor
3412 E. 36th Ave.
Lake Station, IN 46405

Michele Lee Whitmore, Debtor
3412 E. 36th Ave.
Lake Station, IN 46405

/s/ D. Anthony Sottile
D. Anthony Sottile (27696-49)
Attorney for Creditor